JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
By: Ramaah Sadasivam, Deputy (SBN 267156)
500 County Center, 4th Floor
Redwood City, CA  94063-1664
Telephone:  (650) 363-4697
Facsimile:  (650) 363-4034
E-mail:  rsadasivam@smcgov.org


Attorneys for Defendants
Housing Authority of the County of San Mateo;
County of San Mateo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN MACHADO,<br><br>       Plaintiff,<br><br>   vs.<br><br>MENTAL HEALTH ASSOCIATION OF SAN MATEO COUNTY; HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO; COUNTY OF SAN MATEO and DOES 1-50, INCLUSIVE,<br><br>       Defendants. | Case No. 4:26-cv-01451-HSG<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO AND COUNTY OF SAN MATEO TO RESPOND TO COMPLAINT; ORDER** |

Case No. 4:26-cv-01451-HSG

STIPULATION EXTENDING TIME FOR DEFENDANTS HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO AND COUNTY OF SAN MATEO TO RESPOND TO COMPLAINT; ORDER

WHEREAS, the undersigned parties agree that good cause exists for extending the time for Defendants Housing Authority of the County of San Mateo and County of San Mateo ("Defendants") to respond to the Complaint.

THE PARTIES STIPULATE AS FOLLOWS: That the time for Defendants to respond to the Complaint be extended from April 16, 2026, to April 30, 2026.

Dated: ___April 13, 2026___          JOHN D. NIBBELIN, COUNTY COUNSEL


By: ___Ramaah Sadasivam___
        Ramaah Sadasivam, Deputy

Attorneys for Defendants
Housing Authority of the County of San Mateo;
County of San Mateo


Dated: ___April 13, 2026___


_____
Jordan Machado, Plaintiff Pro Se


**IT IS SO ORDERED**.

The time for Defendants Housing Authority of the County of San Mateo and County of San Mateo to respond to the Complaint is hereby extended from April 16, 2026 to April 30, 2026.


DATED: 4/15/2026

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

Case No. 4:26-cv-01451-HSG                    2
STIPULATION EXTENDING TIME FOR DEFENDANTS HOUSING AUTHORITY OF THE
COUNTY OF SAN MATEO AND COUNTY OF SAN MATEO TO RESPOND TO COMPLAINT;
ORDER