Brian C.P. Adkins, Esq., SBN 257181
Melissa M. Palozola, Esq. SBN 278858
Matthew M. Spolsky, Esq., SBN 333619
**CLARK HILL LLP**
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone: (415) 984-8500
Email: badkins@clarhill.com
Email: mpalozola@clarkhill.com
Email: mspolsky@clarkhill.com

Attorneys for Defendants
HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO; DEBBIE MCINTYRE; EMILYN CALLADO; SUSANA JIMENEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDAN MACHADO<br><br>Plaintiffs,<br><br>v.<br><br>MENTAL HEALTH ASSOCIATION OF SAN MATEO COUNTY; HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO; COUNTY OF SAN MATEO; MELISSA PLATTE, individually; ERU MATHEWOS, individually; TIFFANY BAILEY, individually; DEBBIE MCINTYRE, individually; EMILYN CALLADO, individually; SUSANA JIMENEZ, individually; and DOES 1-50, INCLUSIVE,,<br><br>Defendants. | Case No. 4:26-cv-01451-HSG<br><br>**MOTION TO SUBSTITUTE LAW FIRM; ORDER** |

On behalf of Defendants, HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO, DEBBIE MCINTYRE, EMILYN CALLADO, and SUSANA JIMENEZ, the following attorney(s)

1. Move(s) to substitute as counsel of record,
2. Certify they are members in good standing of this Court's bar,

3. Attest to the consent of current counsel to be withdrawn, and

4. Attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Brian C.P. Adkins (SBN 257181), Matthew M. Spolsky (SBN 333619), and Melissa M. Palozola (SBN 278585) of Clark Hill LLP.

Name(s) of counsel withdrawing from representation and firm name:

Brian Pettit (SBN 280385) and Ramaah Sadasivam (SBN 267156) of San Mateo County Attorney's Office; 500 County Center, 4th Floor, Redwood City, CA 94063.

Dated: September 3, 2026

**CLARK HILL LLP**

By: *_/s/ Brian C.P. Adkins_*
Brian C.P. Adkins, Esq.,
Matthew M. Spolsky, Esq.
Attorneys for Defendants
HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO; DEBBIE MCINTYRE; EMILYN CALLADO; SUSANA JIMENEZ

I consent to this substitution:

Date: 9/8/2026

Housing Authority of the County of San Mateo

I consent to this substitution:

Date: 9/8/2026

Debbie McIntyre

I consent to this substitution:

Date: 9/8/2026

Emilyn Callado

I consent to this substitution:

Date: 09/08/2026

Susana Jimenez

I consent to this substitution:

Date: 9/4/26

Brian Pettit (SBN 280385)

I consent to this substitution:

Date: 9/4/26

Ramaah Sadasivam (SBN 267156)

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: 9/10/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge